

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 8, 2021

**BY ELECTRONIC MAIL**             ~~FILED UNDER SEAL~~

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Edwin Segarra,*
           09 Cr. 769 (PAC)

Dear Judge Crotty:

    The Government writes respectfully to request that the Court (1) unseal Superseding Information S1 09 Cr. 769 (PAC) (the "Information"), as well as defendant Edwin Segarra's plea to that Information; and (2) file this letter on the public docket.[1]  ✓

    On September 5, 2012, the Information was filed, charging Segarra in six counts with: (1) participating in a conspiracy to commit Hobbs Act robberies and Hobbs Act extortion, in violation of 18 U.S.C. § 1951; (2) using and carrying firearms during and in relation to, and possessing firearms in furtherance of, the Hobbs Act robbery and extortion conspiracy charged in Count One, which firearms were discharged, and aiding and abetting the same, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2; (3) a conspiracy to distribute 280 grams and more of crack cocaine, one kilogram and more of heroin, five kilograms and more of cocaine, and marijuana, in violation of 21 U.S.C. § 846; (4) using and carrying firearms during and in relation to, and possessing firearms in furtherance of, the narcotics conspiracy charged in Count Three, which firearms were discharged, and aiding and abetting the same, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii), 924(c)(1)(C)(i) and 2; (5) using and carrying firearms during and in relation to, and possessing firearms in furtherance of, an attempted robbery of Jose Miguel Mendez for narcotics and narcotics proceeds, and causing the death of Mendez by discharge of the firearm, and aiding and abetting the same, in violation of 18 U.S.C. §§ 924(j)(1) and 2; and (6) murdering Jose

---

[1] Because this letter discusses items that are currently sealed, this letter is being filed under seal. If the Court grants the Government's request, there will be no further need to maintain this letter under seal.

Hon. Paul A. Crotty
February 8, 2021
Page 2 of 2

Miguel Mendez while engaged in a conspiracy to distribute and possess with intent to distribute five kilograms and more of cocaine and one kilogram and more of heroin, and aiding and abetting the same, in violation of 21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2. That same day, Segarra pleaded guilty before this Court to all six counts of the Information. At parties' joint request, the plea and Information were sealed.

On Friday, the U.S. Marshals Service reported that Segarra passed away. In light of Segarra's passing, the reasons for sealing his plea and superseding information have dissipated.

Accordingly, the Government respectfully requests that the Court unseal Segarra's plea, the Information, and this letter (as well as any endorsement of this letter).

Please feel free to contact me with any questions or issues.

Respectfully submitted,

2/10/2021
The requested sealed documents will be unsealed. SO ORDERED.

*Paul A. Crotty*

AUDREY STRAUSS
United States Attorney

By: _____
Michael D. Maimin
Assistant United States Attorney
(914) 993-1952

cc:   Lorraine Gauli-Rufo, Esq. (by electronic mail)