UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                            1: (S1) 09 Cr. 00769 (PAC)
                                                            ORDER

-against-

EDWIN SEGARRA,

           Defendant.
------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

The Clerk of Court is directed to file on ECF the: (1) Superseding Felony Information (S1); (2) Waiver of Indictment; and (3) Minute Entry of the change of plea hearing held on September 5, 2012. All documents relating to the Felony Information were held in the Chambers of the undersigned pursuant to the parties' request.

Dated: New York, New York
           February 10, 2021

                                                                SO ORDERED

                                                                 PAUL A. CROTTY
                                                                 United States District Judge