UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :       S1 09 Cr. 769 (PAC)

       - v. -                  :       **WAIVER OF INDICTMENT**

EDWIN SEGARRA,                  :

       Defendant.               :

- - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 924(c)(1)(A)(i), 924(c)(1)(C)(i), 924(j)(1), and 1951, and Title 21, United States Code, Sections 846 and 848(e)(1)(A), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
EDWIN SEGARRA
Defendant

_____
Witness

_____
DAVID J. GOLDSTEIN, ESQ.
BARRY A. WEINSTEIN, ESQ.
Counsel for Defendant

Date:   New York, New York
       September 5, 2012

0202